IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCISCO JAVIER FLORES JUAN,<br>Petitioner,<br><br>v.<br><br>LEONARD ODDO, et. al.,<br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 26-1188 |

**ORDER OF COURT**

AND NOW, this 19th day of August, 2026, upon consideration of the motion to enforce judgment (ECF No. 10), motion for temporary restraining order (ECF No. 13), and Notice of Suggestion of Mootness (ECF No. 15), in which Respondents report that Petitioner Francisco Javier Flores Juan voluntarily departed the United States on August 4, 2026, IT IS HEREBY ORDERED that the pending motions are DENIED AS MOOT. *See Lindaastuty v. Attorney General*, 186 F. App'x 294, 298 (3d Cir. 2006) (because the petitioner is no longer in custody, any challenge to detention is moot).

BY THE COURT:

s/ Joy Flowers Conti
JOY FLOWERS CONTI
SENIOR UNITED STATES DISTRICT JUDGE